# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUE E. GULZOW, | ) | 4:04CV3350 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER BANKS, INC., | ) | |
| d/b/a C. J. BANKS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for enlargement of time (filing 27) is granted, as follows: Defendant shall have until May 11, 2005, to file a reply brief regarding its motion for summary judgment.

DATED: May 9, 2005.                    BY THE COURT:

s/ Richard G. Kopf
United States District Judge