IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUE E. GULZOW, | No. 4:04CV3350 |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| CHRISTOPHER BANKS, INC., d/b/a/ C. J. Banks, | |
| Defendant. | |

THIS MATTER came before the Court upon the parties' Stipulation for Extension of Time to File Stipulation for Dismissal, Filing 30, in the above matter. The Court, being fully advised, hereby finds as follows:

IT IS HEREBY ORDERED the parties' Stipulation for Extension of Time to File Stipulation for Dismissal is granted and the parties are required to file a Stipulation for Dismissal with the clerk of the court on or before June 30, 2005.

Dated this 10th day of June, 2005.

BY THE COURT

 s/ Richard G. Kopf
United States District Judge