IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUE E. GULZOW, | ) | 4:04CV3350 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| CHRISTOPER BANKS, INC., | ) | |
| d/b/a C. J. Banks, | ) | |
| | ) | |
| Defendant. | | |

Pursuant to the parties' joint stipulation (filing 32) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, with each party to pay its own costs and attorney's fees.

June 29, 2005.                BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge